**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3
Eastern Division**

Norah Flaherty

                                Plaintiff,

v.                                                             Case No.: 1:21−cv−03447
                                                                   Honorable Marvin E. Aspen

Clinique Laboratories LLC

                                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, January 10, 2022:

      MINUTE entry before the Honorable Marvin E. Aspen: In accordance with the stipulation of voluntary dismissal filled by Plaintiff and Defendant (Dkt. No. [23]), Plaintiff's individual claims are dismissed with prejudice, and the claims of any putative class members are dismissed without prejudice. Each party shall bear its own fees and costs. This civil case is terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.